IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00022-MOC-WCM

| | | |
|---|---|---|
| DOUGLAS GRANT MORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| AUDI OF AMERICA, LLC; | ) | |
| VOLKSWAGEN GROUP OF | ) | |
| AMERICA, INC. *doing business as* | ) | |
| *Audi of America, Inc.*; | ) | |
| AUDI AG; VOLKSWAGEN AG; | ) | |
| LEAR CORPORATION; | ) | |
| FNK NORTH AMERICA, INC.; | ) | |
| FAURECIA-NHK CO., LTD.; | ) | |
| FAURECIA AUTOMOTIVE SEATING, LLC; | ) | |
| NHK SEATING OF AMERICA, INC.; | ) | |
| NHK SPRING CO. LTD; | ) | |
| FAURECIA USA HOLDINGS INC.; | ) | |
| BROSE NORTH AMERICA, INC.; | ) | |
| BROSE FAHRZEUGTEILE SE & CO. | ) | |
| KOMMANDITGESELLSCHAFT; | ) | |
| GRAMMER, INC.; | ) | |
| GRAMMER INDUSTRIES, LLC; | ) | |
| GRAMMER AG; | ) | |
| ASBURY AUTOMOTIVE GROUP, INC.; | ) | |
| and XYZ COMPANIES, 1-4, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 85) filed by Christopher R. Kiger. The Motion indicates that Mr. Kiger, a member in good standing of the Bar of this Court, is local counsel for Defendants FNK North America, Inc., Faurecia

1

Automotive Seating, LLC, and Faurecia USA Holdings, Inc. and that he seeks the admission of Deborah J. Bullion, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 85) and **ADMITS** Deborah J. Bullion to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 1, 2024

W. Carleton Metcalf
United States Magistrate Judge