UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-22-MOC-WCM

| | |
|---|---|
| **DOUGLAS GRANT MORTON,** | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) ORDER |
| **AUDI OF AMERICA, LLC, ET AL.,** | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss Without Prejudice, (Doc. No. 159), submitted by the Plaintiff and Defendants Volkswagen AG, Audi of America, LLC and Audi AG, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss Without Prejudice is hereby **GRANTED**.

The Court orders that all claims against Defendants Volkswagen AG, Audi of America, LLC and Audi AG are dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED**.

Signed: May 14, 2024

Max O. Cogburn Jr.
United States District Judge