UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-22-MOC-WCM

| | |
|---|---|
| **DOUGLAS GRANT MORTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| **AUDI OF AMERICA, LLC, ET AL.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss Without Prejudice, (Doc. No. 169), submitted by Plaintiff and Defendant Brose Fahrzeugteile SE & Co. Kommanditgesellschaft, Coburg ("Brose Coburg"), and good cause having been shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss Without Prejudice is hereby **GRANTED**.

The Court orders that all claims against Defendant Brose Coburg are dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED**.

Signed: July 10, 2024

Max O. Cogburn Jr
United States District Judge

1