UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-22-MOC-WCM

| | |
|---|---|
| **DOUGLAS GRANT MORTON,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )     ORDER<br>) |
| **AUDI OF AMERICA, LLC, ET AL.,** | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss Without Prejudice, (Doc. No. 172), submitted by Plaintiff and Defendant Lear Corporation, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss Without Prejudice is hereby **GRANTED**.

The Court orders that all claims against Defendant Lear Corporation are dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED**.

Signed: August 7, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge