UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-22-MOC-WCM

| | | |
|---|---|---|
| **DOUGLAS GRANT MORTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **AUDI OF AMERICA, LLC, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Defendant Grammer AG without Prejudice, (Doc. No. 178). Also pending is Defendant Grammer AG's Motion to Dismiss for Lack of Jurisdiction. (Doc. No. 174). For good cause having been shown,

**IT IS HEREBY ORDERED** that both parties' motions are hereby **GRANTED** to the extent that this action is dismissed without prejudice.

The Court orders that all claims against Defendant Grammer AG are dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED**.

Signed: December 10, 2024

Max O. Cogburn Jr.
United States District Judge