UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-22-MOC-WCM

| | |
|---|---|
| **DOUGLAS GRANT MORTON,** | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| **AUDI OF AMERICA, LLC, ET AL.,** | ) |
| Defendants. | ) |

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss Without Prejudice, (Doc. No. 180), submitted by Plaintiff and Defendants NHK Seating of America, Inc., Faurecia-NHK Co., LTD, and NHK Spring Co. LTD, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss Without Prejudice is hereby **GRANTED**.

The Court orders that all claims against Defendant NHK Seating of America, Inc., Faurecia-NHK Co., LTD, and NHK Spring Co. LTD are dismissed without prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED**.

Signed: December 30, 2024

Max O. Cogburn Jr
United States District Judge

1